JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHMAN R RUSHING,<br><br>  Plaintiff,<br><br>  v.<br><br>CYNTHIA Y. TAMPKINS, et al.,<br><br>  Defendants. | Case No. 2:20-06513 AB (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders IT IS HEREBY ADJUDGED that the above-captioned case is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED:  April 28, 2021

_____
THE HONORABLE ANDRE BIROTTE, JR.
United States District Judge